IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROSSCO HOLDINGS INC. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:09-CV-04047 |
| | § | |
| LEXINGTON INSURANCE COMPANY | § | |

### ORDER GRANTING PLAINTIFF ROSSCO HOLDINGS, INC.'S, UNOPPOSED MOTION TO REINSTATE AND TO LIFT STAY

On this the _____ day of _____, 2010, came to be heard in the above-numbered and entitled cause, Plaintiff Rossco Holdings Inc.'s Unopposed Motion to Reinstate and to Lift Stay, and the Court, after considering Plaintiff's Motion, is of the opinion and finds that Plaintiff's Motion should be granted, and the following Order entered:

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Rossco Holdings Inc.'s Motion to Reinstate and to Lift Stay is granted, and the Court hereby orders that this case is reinstated and the automatic stay lifted.

SIGNED this 1st day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE