IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROSSCO HOLDINGS, INC. | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | Civil Action No.: 4:09-cv-04047 |
| | § | |
| LEXINGTON INSURANCE COMPANY | § | |
|     Defendant | § | |

## ORDER GRANTING AGREED MOTION
## TO CONTINUE INITIAL TRIAL SETTING

After considering the Agreed Motion to Continue Initial Trial Setting, , the Court:

GRANTS the motion and continues this case until August ____, 2011.

_____
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

**EGGLESTON & BRISCOE, LLP**
333 Clay Street, Suite 4800
Houston, Texas 77002
(713) 659-5100 - Telephone
(713) 951-9920 - Facsimile

By: /s/ *Otto Jackie-Don Schacht*
    William J. Eggleston, Attorney in Charge
    State Bar No.: 06483500
    Federal ID No. 1989
    Otto Jackie-Don "J-D" Schacht, Of Counsel
    State Bar No. 24037438
    Federal ID No. 33451
ATTORNEYS FOR DEFENDANT
LEXINGTON INSURANCE COMPANY

COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Facsimile: (214) 712-9540


By: /s/ *Timothy Micah Dortch*
      Timothy Micah Dortch
      State Bar No. 24044981
      Federal ID No. 630903

ATTORNEYS FOR PLAINTIFF,
ROSSCO HOLDINGS INCORPORATED